**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6338**

MACK GLENN, JR.,

                    Plaintiff - Appellant,

          v.

TONY SEYFER, individual and official capacity,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., District Judge.  (3:11-cv-01055-JFA)

Submitted:  May 31, 2012                    Decided:  June 6, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Mack Glenn, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mack Glenn, Jr. seeks to appeal the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) suit. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the  district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on November 10, 2011. The notice of appeal was filed on February 13, 2012.[*] Because Glenn failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented

---

[*] This is the date that appears on the envelope Glenn gave to prison officials for mailing the notice of appeal; the notice of appeal itself was undated. For the purpose of this appeal, we assume this date is the earliest date it could have been properly delivered to prison officials for mailing to the court. Fed. R. App. P. 4(c); Houston v. Lack, 487 U.S. 266 (1988).

in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>